UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHIRLON MAYNARD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE ARCHITECT OF THE CAPITOL, )<br>)<br>Defendant. )<br>) | Civil Action No. 19-258 (RBW) |

### ORDER

In accordance with the Memorandum Opinion issued on this same date, it is hereby

**ORDERED** that the Defendant's Motion to Dismiss Plaintiff's Amended Complaint, ECF No. 24, is **GRANTED**. It is further

**ORDERED** that the plaintiff's Amended Complaint is **DISMISSED**. It is further

**ORDERED** that this case is **CLOSED**.

**SO ORDERED** this 14th day of June, 2021.

REGGIE B. WALTON
United States District Judge